**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CHARLES ALVIN CUMMINGS, JR.**     *     **CIVIL ACTION NO. 26-1376**

**VERSUS**     *     **UDGE ELDON E. FALLON**

**JEREMY BOOKER, ET AL.**     *     **MAGISTRATE JUDGE**
                                                     **KAREN WELLS ROBY**

\*    \*    \*    \*    \*    \*    \*    \*

## <u>ORDER</u>

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, R. Doc. 2, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the above-captioned action is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana for further proceedings.

New Orleans, Louisiana, this 22nd day of July, 2026.

THE HONORABLE ELDON E. FALLON